[No. 12692–3–II.   Division Two.   August 23, 1990.]

ERIC R. SCHILT, *as Trustee*, ET AL, *Respondents*, v. SHAWN ULTICAN, ET AL, *Respondents*.

RONALD E. ANDERSON, *as Guardian ad Litem, Appellant*, v. JUDITH HOWE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88–2–01968–3, Karen B. Conoley, J., entered March 17, 1989. *Reversed* by unpublished opinion per

Petrich, J., concurred in by Alexander, C.J., and Mitchell, J. Pro Tem.